JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
HEATHER F. CANNER (State Bar No. 292837)
  heathercanner@dwt.com
DANIEL H. LEIGH (State Bar No. 310673)
  danielleigh@dwt.com
BRANDON M. STOFFERS (State Bar No. 334895)
  brandonstoffers@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant Continental Mills, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLIE LYSKOSKI, KENDALL HILL, AND MICHELE TUCKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL MILLS, INC.,<br><br>Defendant. | Case No. 2:25-CV-06291-NW<br><br>Assigned to Honorable Noël Wise<br><br>**DEFENDANT CONTINENTAL MILLS, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Complaint Filed: June 3, 2025<br>Action Removed: July 25, 2025 |

1    Defendant Continental Mills, Inc. (Defendant or Continental) hereby makes its initial
2 disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).

3    **A.    Preliminary Statement**

4    Because Continental's investigation is ongoing, these initial disclosures are based on
5 information reasonably available at this time.  Continental therefore reserves the right to
6 supplement, amend, correct, or otherwise modify these initial disclosures as additional evidence
7 and information become available.  Further, Continental makes these initial disclosures based on
8 the status of this litigation as an individual action and believes this action should not be certified
9 for treatment as a class action.  Continental therefore reserves the right to supplement, amend,
10 correct, or otherwise modify these initial disclosures should the Court certify this matter as a class
11 action.  Continental also reserves the right to assert all appropriate claims, positions, theories, and
12 defenses in this case, to produce and rely on additional documents or facts, and to depose and
13 otherwise rely on witnesses not listed herein.  Continental provides these initial disclosures
14 without prejudice to its right to introduce at a hearing or at trial any subsequently discovered
15 evidence.

16    Continental makes these initial disclosures without waiving or limiting its right to
17 (1) object to the discoverability or admissibility of any materials or testimony identified herein on
18 the grounds of competency, privilege, the work product doctrine, undue burden, relevance,
19 hearsay, or any other proper ground; (2) object to the use of any such information, for any
20 purpose, in whole or in part, in any other proceeding or action; (3) object on any and all grounds,
21 at any time, to any discovery request or proceeding involving or relating to the subject matter of
22 these disclosures; and (4) remove from these disclosures any individual if Continental discovers
23 that the information known by such individual is not discoverable.

24    **B.    Individuals Likely to Have Discoverable Information (Rule 26(a)(1)(A)(i))**

25    Continental identifies the following individuals whom it believes are likely to have
26 discoverable information that Continental may use to support its defenses, except where the use
27 would be solely for impeachment.

28

CONTINENTAL MILLS'S INITIAL DISCLOSURES
Case No. 2:25-CV-06291-NW

1

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

| Name/Title | Contact Information | Subjects |
|---|---|---|
| Carlie Lyskoski | Contact through Plaintiffs' counsel | Ms. Lyskoski is likely to have information pertaining to her claims and alleged purchase of the Products,[1] purported reliance on the label in making her purchases, alleged injuries or damages, and other related topics. |
| Kendall Hill | Contact through Plaintiffs' counsel | Ms. Hill is likely to have information pertaining to her claims and alleged purchase of the Products, purported reliance on the label in making her purchases, alleged injuries or damages, and other related topics |
| Michele Tucker | Contact through Plaintiffs' counsel | Ms. Tucker is likely to have information pertaining to her claims and alleged purchase of the Products, purported reliance on the label in making her purchases, alleged injuries or damages, and other related topics. |
| Corporate and Third-Party Designees | Contact through counsel | Representatives may have information pertaining to claims and defenses. |
| Any and all witnesses or potential witnesses Plaintiffs identify | N/A | N/A |

Continental reserves the right to identify additional persons as witnesses if, during the course of discovery and investigation, it learns such persons have discoverable information or relevant knowledge that Continental may use to support its defenses.

**C.    Documents, Electronically Stored Information, and Tangible Things (Rule 26(a)(1)(A)(ii))**

Continental discloses the following categories of documents, electronically stored information, or tangible things in its possession, custody, or control that it may use to support its defenses to Plaintiff's claims, unless solely for impeachment:

1.    The pleadings, filings, declarations, and other documents filed or relied on by Plaintiffs in this action.

---

[1] "Products" has the same meaning as the term "Products" as used in Paragraph 2 of Plaintiffs' Complaint (ECF No. 1-1), or the term as it may be used in any subsequent operative complaint.

CONTINENTAL MILLS'S INITIAL DISCLOSURES
Case No. 2:25-CV-06291-NW

2

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

2. Records of the testing of the Products by Plaintiffs, if any, regarding whether (i) the Products contain "artificial" silicon dioxide and (ii) the silicon dioxide in the Products is a "preservative."

3. Records (if any) of Plaintiffs' purchases of the Products.

4. Records on which Plaintiffs rely for claims made in this action.

5. Records reflecting any investigation by Plaintiffs into the Products.

6. Expert reports, including any and all documents relied upon by experts, in this case.

7. Documents produced by Plaintiffs in the course of this litigation.

8. Communications or agreements involving Plaintiffs, their counsel and any third-party relating to the subject matter of this action.

9. Other documents to be determined.

Continental will produce documents containing confidential information only upon entry of an appropriate protective order. Continental reserves the right to supplement these disclosures to identify additional documents and further reserves the right to use at trial any document Plaintiffs identify in their initial disclosures or in discovery.

**D.    Computation of Damages (Rule 26(a)(1)(A)(iii))**

Continental believes this case has a value of $0 in damages. Continental has not asserted any counterclaim for damages, and therefore has no computation of damages or supporting evidentiary materials to provide at this time. Continental expressly reserves all rights regarding any request for attorneys' fees, costs, expenses, or other monetary relief to the extent permitted by law and the Court's orders.

**E.    Liability Insurance (Rule 26(a)(1)(A)(iv))**

Continental is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

//

//

//

3

CONTINENTAL MILLS'S INITIAL DISCLOSURES
Case No. 2:25-CV-06291-NW

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

1 | DATED: February 3, 2026

DAVIS WRIGHT TREMAINE LLP

By: */s/ Jacob M. Harper*
    Jacob M. Harper
    Attorney for Defendant Continental Mills, Inc.

CONTINENTAL MILLS'S INITIAL DISCLOSURES
Case No. 2:25-CV-06291-NW

4

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 350 Grand Avenue, 27th Floor, Los Angeles, California 90071-3487.

On February 3, 2026, I served the foregoing document(s) described as: **DEFENDANT CONTINENTAL MILLS, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES** by forwarding a portable document file to the electronic mail address(es) below:

| | |
|---|---|
| Craig W. Straub<br>Kurt D. Kessler<br>CROSNER LEGAL, P.C.<br>9440 Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210<br><br>*Attorneys for Plaintiffs* | Tel: 866-276-7637<br>Email: craig@crosnerlegal.com;<br>kurt@crosnerlegal.com |

☒ **(FROM ELECTRONIC MAIL ADDRESS) nancygonzalez@dwt.com** at 350 South Grand Avenue, 27th Floor, Los Angeles.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on February 3, 2026, at Los Angeles, California.

| Nancy Gonzalez | /s/ Nancy Gonzalez |
|---|---|
| Print Name | Signature |

5

CONTINENTAL MILLS'S INITIAL DISCLOSURES
Case No. 2:25-CV-06291-NW

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899