1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

CARLIE LYSKOSKI, et al.,

Plaintiffs,

v.

CONTINENTAL MILLS, INC.,

Defendants.

Case No. 25-cv-06291-NW

**CASE MANAGEMENT AND
TRIAL-SETTING ORDER (JURY)**

The Court reviewed the parties' joint case management conference statement and issues this case management and trial-setting order. The February 10, 2025 case management conference is hereby VACATED.

The parties have not yet reached an agreement regarding an ADR process.  The parties are ordered to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than September 30, 2026.  If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation. The parties shall file an updated ADR agreement by Friday, February 20, 2026.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Motion for Class Certification | May 6, 2026 |
| Deadline to File Opposition to Class Certification Motion | June 3, 2026 |

| Scheduled Event | Date |
|---|---|
| Deadline to File Reply to Class Certification Motion | June 17, 2026 |
| Hearing on Certification of Class | July 29, 2026, at 9:00 a.m. |
| Deadline to Complete ADR | September 30, 2026* |
| Close of Fact Discovery | December 4, 2026 |
| Opening Expert Reports | January 1, 2027 |
| Rebuttal Expert Reports | January 29, 2027 |
| Close of Expert Discovery | February 19, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: March 12, 2027<br>**Responses**: March 26, 2027<br>**Replies**: April 02, 2027 |
| Hearing on Dispositive and *Daubert* Motions | May 5, 2027 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | June 16, 2027 |
| Final Pretrial Conference | June 30, 2027 at 2:00 p.m. |
| Trial | July 19, 2027 at 9:00 a.m. |
| Length of trial | 4 days |

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____

Noël Wise
United States District Judge

---

* The parties must file a status report no later than October 14, 2026 confirming their selected ADR process was completed.