# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CARLIE LYSKOSKI et al,

                        Plaintiff(s)

v.

CONTINENTAL MILLS, INC.,

                        Defendant(s)

CASE No C 2:25-CV-06291-NW

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6) (Court-sponsored mediation)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: prior to 9/30/2026 deadline

Date: 02/17/2026      s/ Craig W. Straub
                            Attorney for Plaintiff

Date: 02/19/2026      /s/ Jacob Harper
                            Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: February 20, 2026

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*