UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLIE LYSKOSKI, et al., | Case No. 25-cv-06291-NW |
| Plaintiffs, | |
| v. | **ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT** |
| CONTINENTAL MILLS, INC., | |
| Defendant. | Re: ECF No. 38 |

On May 6, 2026, the parties filed a notice of settlement stating that the parties "have reached an agreement to resolve this action in its entirety" and indicated that they "intend to file a dismissal within 30 days." *Id.* Accordingly, all dates, including the July 29, 2026 class certification hearing, are VACATED.

Parties shall file their stipulation of dismissal within thirty days by Friday, June 5, 2026. The Court sets a compliance hearing regarding dismissal for Wednesday, June 24, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by the hearing date, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing by Wednesday, June 10, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____
Noël Wise
United States District Judge